UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GREGORY A. BRAZZEL | CIVIL ACTION NO. 11-cv-1914 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| M. THOMAS ARCENEAUX, ET AL | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Compel Dispute Resolution (Doc. 3)** is **granted**, and this matter is **stayed** and administratively **closed** pending compliance with the dispute resolution procedure as outlined in the Agreements.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 15th day of May, 2012.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE